IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANTOS D. HATFIELD,

    Plaintiff,                       No. 2:11-cv-1502 KJN P

    vs.

UNKNOWN,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff, a federal prisoner proceeding without counsel, has filed a letter contending he is being denied medical treatment. The court construes this filing as a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee. Plaintiff alleges he has exhausted his administrative remedies.

        Plaintiff claims he has a lump in his testicles which is very painful and states "something is enlarged and keeps bleeding." Plaintiff seeks referral to an outside specialist. Plaintiff has not named a defendant, but is presently incarcerated in the Federal Correctional Center at Lompoc, California.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

1 defendants reside in the same State, (2) a judicial district in which a substantial part of the events
2 or omissions giving rise to the claim occurred, or a substantial part of property that is the subject
3 of the action is situated, or (3) a judicial district in which any defendant may be found, if there is
4 no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

5       In this case, plaintiff seeks medical treatment at Lompoc, and the court presumes
6 that the parties responsible for plaintiff's medical care are also located in Lompoc. Lompoc is
7 located in Santa Barbara County, which is in the Central District of California. Therefore,
8 plaintiff's claim should have been filed in the United States District Court for the Central District
9 of California. In the interest of justice, a federal court may transfer a complaint filed in the
10 wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918,
11 932 (D.C. Cir. 1974).

12       Accordingly, IT IS HEREBY ORDERED that:

13       1. Plaintiff has not filed a request to proceed in forma pauperis, or paid the filing
14 fee; and

15       2. This matter is transferred to the United States District Court for the Central
16 District of California.

17 DATED: June 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

21 hatf1502.21a